

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00364-CV

**TEXAS RESEARCH AND TECHNOLOGY FOUNDATION**,
Appellant

v.

**VINTAGE OAKS, L.L.C.**,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 18-06-25023-CV
Honorable Camile Glasscock Dubose, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
               Irene Rios Justice
               Beth Watkins, Justice

Delivered and Filed: September 4, 2019

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs assessed against appellant. *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM